```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
UNITED STATES OF AMERICA           :
:
   -v-                             :    24CR032 (KHP)-1
:
ANGELICA CHARLES,                  :    SENTENCING ORDER
:
            Defendant(s).          :
:
----------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

It is hereby ORDERED that sentencing in this matter is scheduled for **Monday, September 9, 2024 at 10:00 a.m.** in Courtroom 17D of 500 Pearl Street, New York, New York 10007.

Defendant's sentencing submission shall be served by no later than **August 23, 2024.** The Government's sentencing submission shall be served no later than **August 30, 2024**. The parties should provide the Court with one courtesy hard copy of each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

**SO ORDERED.**

Dated: April 17, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge