USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

ANGELICA CHARLES,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SEALED ORDER

24 Cr. 32 (KHP)

WHEREAS, an application has been made by the United States of America for the sealing of certain exhibits attached to the Government's August 30, 2024 sentencing submission, as well as portions of the Government's sentencing submission which refer to those exhibits;

WHEREAS, the Court finds that both the defendant's and the victim's privacy may be placed at risk if the Government's application is not granted;

WHEREAS, the Court finds that the public's qualified right of access to these materials is outweighed by the parties' right to privacy, and that the interests of justice weigh in favor of granting the Government's application;

IT IS HEREBY ORDERED that Exhibits A, C, E, and F attached to the Government's August 30, 2024 sentencing submission, and any portions of the submission which make reference to these exhibits, shall be sealed, until further order by this Court.

SO ORDERED:

Dated:    New York, New York
          September  **9** , 2024

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK